AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | Case No. 21- 5057MB |
| *or identify the person by name and address)* | ) | |
| Information Stored at Facebook | ) | |
| | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___4/27/21___ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the Magistrate Judge on duty in the Phoenix Division___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___April 13, 2021 @ 12:57pm___          _(signature)_
*Judge's signature*

City and state:   Phoenix, Arizona          Hon. Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID's

*https://www.facebook.com/malomachichi.fimbrez, https://www.facebook.com/malo.fimbrez and*

*https://www.facebook.com/edith.gonzales.94651* that are stored at premises owned, maintained,

controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2021 to the present day;

(c)     All photos and videos uploaded by that User ID and all photos and videos uploaded by any user that have that user tagged in them from January 1, 2021 to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including

the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)   All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)   All other records and contents of communications and messages made or received by the user from January 1, 2021 to the present date, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)   All "check ins" and other location information;

(h)   All IP logs, including all records of the IP addresses that logged into the account;

(i)   All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)   All information about the Facebook pages that the account is or was a "fan" of;

(k)   All past and present lists of friends created by the account;

(l)   All records of Facebook searches performed by the account from January 1, 2021 to the present date;

(m)   All information about the user's access and use of Facebook Marketplace;

(n)   The types of service utilized by the user;

(o)     The length of service (including start date) and the means and source of any

payments associated with the service (including any credit card or bank account

number);

(p)     All privacy settings and other account settings, including privacy settings for

individual Facebook posts and activities, and all records showing which Facebook

users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person

regarding the user or the user's Facebook account, including contacts with support

services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within

14 days of service of this warrant.

**II.      Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and

instrumentalities of violations of Endangered Species Act, 16 U.S.C. § 1538(a); the Lacey Act,

16 U.S.C. §§ 3372(a)(2)(A) &  3372(d); Migratory Bird Treaty Act, 16 U.S.C. § 703(a); and

Smuggling, 18 U.S.C. § 545 involving Daniel FIMBREZ and Edith GONZALEZ Lopez since

January 1, 2021, including, for each user ID identified on Attachment A, information pertaining

to the following matters:

(a)     The unlawful importation of wildlife without having first procured the required

foreign CITES permits; the unlawful importation of wildlife without having first

procured the required ESA or MBTA permits; the unlawful importation of

wildlife without having filed the required reports and declarations; the unlawful

importation of illegally sold wildlife; the unlawful shipping of packages not

properly marked to indicate they contained wildlife; and the smuggling of goods, specifically wildlife, from Mexico into the United States.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 21-5057MB |
| Information Stored at Facebook | ) ) | |
| | ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 16 USC 1538 | Endangered Species Act |
| 16 USC 3372, 16 USC 703 | Lacey Act, Migratory Bird Treaty Act |
| 18 USC 545 | Smuggling |

The application is based on these facts:
See Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA James R Knapp  JRK

Digitally signed by EFREN CHAVEZ
Date: 2021.04.12 17:41:48 -07'00'

_____
*Applicant's signature*

Efren Chavez, US Fish & Wildlife Service Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: April 13, 2021 @ 12:57pm

_____
*Judge's signature*

City and state: Phoenix, AZ

Hon. Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with the Facebook user ID's

*https://www.facebook.com/malomachichi.fimbrez, https://www.facebook.com/malo.fimbrez and*

*https://www.facebook.com/edith.gonzales.94651* that are stored at premises owned, maintained,

controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

I.    **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2021 to the present day;

(c)    All photos and videos uploaded by that User ID and all photos and videos uploaded by any user that have that user tagged in them from January 1, 2021 to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including

the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)   All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)   All other records and contents of communications and messages made or received by the user from January 1, 2021 to the present date, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)   All "check ins" and other location information;

(h)   All IP logs, including all records of the IP addresses that logged into the account;

(i)   All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)   All information about the Facebook pages that the account is or was a "fan" of;

(k)   All past and present lists of friends created by the account;

(l)   All records of Facebook searches performed by the account from January 1, 2021 to the present date;

(m)   All information about the user's access and use of Facebook Marketplace;

(n)   The types of service utilized by the user;

(o)     The length of service (including start date) and the means and source of any

payments associated with the service (including any credit card or bank account

number);

(p)     All privacy settings and other account settings, including privacy settings for

individual Facebook posts and activities, and all records showing which Facebook

users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person

regarding the user or the user's Facebook account, including contacts with support

services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within

14 days of service of this warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and

instrumentalities of violations of Endangered Species Act, 16 U.S.C. § 1538(a); the Lacey Act,

16 U.S.C. §§ 3372(a)(2)(A) &  3372(d); Migratory Bird Treaty Act, 16 U.S.C. § 703(a); and

Smuggling, 18 U.S.C. § 545 involving Daniel FIMBREZ and Edith GONZALEZ Lopez since

January 1, 2021, including, for each user ID identified on Attachment A, information pertaining

to the following matters:

(a)    The unlawful importation of wildlife without having first procured the required

foreign CITES permits; the unlawful importation of wildlife without having first

procured the required ESA or MBTA permits; the unlawful importation of

wildlife without having filed the required reports and declarations; the unlawful

importation of illegally sold wildlife; the unlawful shipping of packages not

properly marked to indicate they contained wildlife; and the smuggling of goods, specifically wildlife, from Mexico into the United States.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Efren Chavez, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.      I am a Special Agent (SA) of the U.S. Fish and Wildlife Service/Office of Law Enforcement (USFWS/OLE) and have been employed for approximately one year and seven months. I am presently assigned to the Chandler, Arizona, Investigations Office. As an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18 of the United States Code. I have a Bachelor of Science degree in Biology and have received formal training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I have received formal training and gained experience in criminal investigations and in wildlife identification, including big game species and endangered species. As a Special Agent of the USFWS/OLE, I investigate crimes involving the possession, taking and killing of wildlife, to include protected species, such as the jaguar (*Panthera onca*), as listed in the Endangered Species Act.

3.      While conducting my duties as a Special Agent, I have investigated a variety of violations, including Endangered Species Act and Lacey Act violations. Prior to becoming a Special Agent, I was a Wildlife Inspector (WI) with the USFWS for three and a half years. As part of my duties, I inspected shipments of wildlife entering and leaving the country to ensure compliance with all federal laws, to include but not limited to, the Endangered Species Act, Migratory Bird Treaty Act, and Lacey Act. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Endangered Species Act, 16 U.S.C. § 1538(a); the Lacey Act, 16 U.S.C. §§ 3372(a)(2)(A) &  3372(d); Migratory Bird Treaty Act, 16 U.S.C. § 703(a); and Smuggling, 18 U.S.C. § 545, have been committed by Edith GONZALEZ Lopez and Daniel FIMBREZ. There is also probable cause to search the information described in Attachment A for evidence, fruits, and instrumentalities of these crimes, as described in Attachment B.

## JURISDICTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States...that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## SUMMARY OF RELEVANT FEDERAL LAWS

6.    The United States and Mexico are signatories to an International Treaty known as the Convention on International Trade in Endangered Species of Wild Fauna and Flora (hereinafter referred to as "CITES").

7.    Under CITES, species are protected according to a classification system known as "appendices." Wildlife species listed on Appendix I of CITES are those threatened with extinction. Trade of Appendix I species is subject to strict regulation and only authorized in exceptional circumstances. Wildlife species listed on Appendix II of CITES are not necessarily now threatened with extinction, but may become so. Trade of Appendix II species is strictly regulated in order to avoid utilization incompatible with their survival.

8.    The nations which are members of CITES have agreed to monitor and regulate trade in Appendix I and II species by prohibiting their international trade unless certain permits are first obtained and presented. In the United States, regulations that control the importation of species listed within CITES are contained in Title 50 of the Code of Federal Regulations. Prior to importing any species listed on Appendix I into the United States, the regulations require that a valid foreign export permit be issued by the specimen's country of natal origin, or a valid foreign re-export certificate be issued by the country of re-export as well as a valid original CITES Appendix I Import permit issued by the U.S. Fish & Wildlife Service. Title 50, Code of Federal Regulations, Section 23.12(a)(1)(i).

9    At all times relevant to this Affidavit, the jaguar (Panthera onca) was listed in Appendix I of CITES. On April 7, 2021, SA Efren Chavez caused a search of the FWS permit system, which revealed that no CITES Appendix I import permits have been issued to Daniel FIMBREZ.

3

10. The Endangered Species Act (hereinafter "ESA") implements the provisions of CITES. Under the ESA, it is a misdemeanor offense for any person to knowingly engage in any trade of any specimen contrary to the provisions of CITES or to possess any specimens traded contrary to the provisions of CITES. Title 16, United States Code, Section 1538(c)(1), 1540(b)(1).

11. Under ESA, it is a misdemeanor offense to import any species listed under "Endangered" or "Threatened" into the United States Title 16, United States Code, Section 1538(a)(1)(A). Jaguars are classified as "Endangered" under the ESA, which is a species that is in danger of extinction throughout all or a significant portion of its range.

12. The Migratory Bird Treaty Act (hereinafter "MBTA"), Title 16 United States Code, Section 703(a) states that it is unlawful at any time, by any means or in any manner, to import any migratory bird, any part, nest, or egg of any such bird, or any product, whether or not manufactured, which consists, or is composed in whole or part, of any such bird or any part, nest, or egg thereof.

13. The Lacey Act, Title 16 United States Code, Section 3372(a)(2)(A) makes it unlawful for any person to import, export, transport, sell , receive, acquire, or purchase in interstate or foreign commerce any fish or wildlife taken, possessed, transported or sold, in violation of any law or regulation of any State or foreign law.

14. The Lacey Act, Title 16 United States Code, Section 3372(d) makes it unlawful for any person to make or submit any false record, account, or label for or any false identification of any fish, wildlife, or plant which has been, or is intended to be imported, exported, transported, sold, purchased, or received from any foreign country; or transported in interstate for foreign commerce.

15.     Title 18, United States Code, Section 545 makes it unlawful for anyone who knowingly imports or brings into the United States, any merchandise contrary to law, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law.

## BACKGROUND

16.     The U.S. Fish and Wildlife Service (USFWS) is a federal government agency tasked with working with others to conserve, protect, and enhance fish, wildlife, and plants and their habitats for the continuing benefit of the American people.  This includes regulating the wildlife trade, both in interstate and foreign commerce.  In regulating wildlife being imported and exported from the United States, the USFWS and its international partners ensure additional protections are in place for species that are facing the possibility of extinction.

17.     Daniel FIMBREZ, age 62, is a citizen of the United States and resides in Phoenix, Arizona.  FIMBREZ has been identified as an individual who is to receive one dance regalia made from jaguar and various feathers from protected bird species.  This led to the affiant applying for a separate federal anticipatory search warrant to be executed at FIMBREZ's residence. FIMBREZ's Facebook ID's have been identified as https://www.facebook.com/malomachichi.fimbrez and https://www.facebook.com/malo.fimbrez.

18.     Edith GONZALEZ Lopez is a Mexican citizen from Texmelucan Puebla, Mexico who is a vendor of Native American regalia. GONZALEZ often posts on various Facebook groups, different items for sale made from protected wildlife. GONZALEZ is said to be a member of a Native American dance group in Mexico. GONZALEZ' Facebook ID has been identified as https://www.facebook.com/edith.gonzales.94651.

5

**PROBABLE CAUSE**

19.     On or about April 7, 2021, USFWS/OLE WI Ryan McCullough received a

referral from U.S. Customs and Border Protection for a shipment from Puebla, Mexico, which

contained possible wildlife products. Upon inspection, WI McCullough discovered a dance

regalia set made up of many prohibited species. The dance regalia was primarily made up of

jaguar skin, which is CITES appendix I and classified as "Endangered" under the ESA.

Provisional identification made by the National Fish and Wildlife Forensic Laboratory (NFWFL)

concluded that the dance regalia included the following feathers:

- Great black hawk (*Buteogallus urubitinga*) - CITES appendix II and MBTA protected
  species

- Zone-tailed hawk (*Buteo albonotatus*) - CITES appendix II and MBTA protected
  species

- Military macaw (*Ara militaris*) or great green macaw - Both of which are CITES I
  and Endangered under ESA

- Northern cardinal (*Cardinalis cardinalis*)- MBTA protected species

20.     From the air waybill, WI McCullough noticed that the shipment was coming from

a business called Happy Pack San Martin at Libertad sur #206, Col. Centro San Martin

Texmelucan Puebla, Mexico 74000 and identified to be "artesanias," which means handicrafts in

the Spanish language. The commercial invoice identified Edith GONZALEZ Lopez as the

shipper along with Happy Pack. Happy Pack is a shipping company that is sub-contracted by the

big-name express carriers to package and ship items abroad. Based on my training and

experience and that of other experienced Service agents with whom I have spoken, I know that

shippers use these companies to mask their identities when sending illegal wildlife. The shipment

6

was going to Daniel FIMBREZ at 4818 N 62nd Drive Phoenix, Arizona 85033 and was said to weigh about 7.2 kilograms. Also, marked on the commercial invoice was "return to origin (forgotten)" and the value was placed at $2000 Mexican pesos or $99 U.S. dollars. This information on the label should have clearly stated that the package contained wildlife material; the box contained one dance regalia adorned with jaguar pelt/head and feathers of protected species. Based on my training and experience and that of other experienced Service agents with whom I have spoken, I know it is common practice for individuals attempting to ship/receive smuggled wildlife and plants to use false labels and identities to facilitate their smuggling.

21.     According to WI McCullough, a thorough inspection of the package and its contents did not reveal any CITES, ESA, or CBP documents of any kind. A search of the USFWS/OLE Law Enforcement Management Information System (LEMIS) revealed that FIMBREZ has not applied for or received any CITES or ESA permits in the past.

22.     WI McCullough took custody of the dance regalia and transferred it to the affiant, via Federal Express (FedEx), at the UFWS Office of Law Enforcement in Chandler, Arizona, so that a controlled delivery could be executed. On April 8, 2021, the affiant received the package containing the dance regalia in question.

23. .   On April 7, 2021, the affiant obtained a property ownership record from Maricopa County Assessors Office, that the residence located at 4818 N 62nd Drive Phoenix, Arizona, is owned by Daniel FIMBREZ, which is the recipient's name and address listed on the DHL package.

24.     On April 8, 2021, the affiant reviewed FIMBREZ's social media (Facebook ID's: malo.fimbrez and malomachichi.fimbrez and Instagram ID: malo_1st) and discovered other feathers that may be eagle or other MBTA protected species. The affiant discovered a post on

7

March 4, 2021 that said, "Jaguar...Dreams are coming true" with a picture of a Native American male wearing dance regalia made from jaguar skin. Also, the affiant located a post on March 25, 2021 that said, "JAGUAR WARRIOR... Coming in April." Lastly, several posts were observed containing evidence that he purchases and promotes Native American regalia using social media and video using his cellular device.

25.     On April 8, 2021, the affiant received a picture of the residence located at 4818 N 62nd Drive Phoenix, Arizona.

26.     On April 8, 2021, the affiant met with Homeland Security Investigations (HSI) SA Andreas Milona and received information that FIMBREZ received a similar shipment declared as "artesanias" on February 4, 2021. The shipment was mailed to FIMBREZ from the same shipper in Texmelucan Puebla, Mexico named "Happy Pack San Martin."

27.     On April 8, 2021, the affiant was told by a DHL Security Officer Greg DeFoor that FIMBREZ contacted DHL on April 6, 2021 and April 7, 2021 to determine the status of his shipment.

28.     On April 8, 2021, the affiant looked through FIMBREZ's Facebook account and located Edith GONZALEZ Lopez (https://m.facebook.com/edith.gonzales.94651)(Known on Facebook as "Nahui Tochtli"), who is listed as the shipper along with Happy Pack. The affiant noticed that GONZALEZ sells Native American regalia on PowWows.com Trading Post, which is a group that FIMBREZ follows and promotes on his page. On GONZALEZ' Facebook page, she promotes the sale of dance regalia similar to the one that FIMBREZ purchased. The affiant noticed that in GONZALEZ's Facebook posts, when people ask her for prices or more information, she always refers the clients to inbox or private message. GONZALEZ states that she is from Texmelucan, Puebla, Mexico and lists both of FIMBREZ's Facebook pages on her

8

friend's list. Furthermore, GONZALEZ poses with other dancers that have dance regalia made from jaguar and feathers much like the regalia that FIMBREZ ordered.

29.     On April 9, 2021, the affiant made a further review of FIMBREZ's Facebook account and noticed that on February 20, 2021, he promoted GONZALEZ' Facebook page twice. FIMBREZ states on two different posts, "Beautifully Handmade, I Highly Recommend, All Purchases Guaranteed with Satisfaction." In the posts, he shares two of GONZALEZ' posts which promote the sale of Native American regalia on PowWows.com Trading Post.  When the affiant looked through the pictures on these posts, he noticed that one of the fans looked very similar to a fan that FIMBREZ posted on his Instagram page on February 6, 2021. This post comes a couple of days after he received a shipment from Happy Pack in Texmelucan Puebla, Mexico. Furthermore, FIMBREZ also posted on his Facebook page a picture of himself with the same fan on February 26, 2021. This fan is made up of some of the same feathers, woodwork, and bead work as the ones posted on the Facebook posts promoted by FIMBREZ on February 20, 2021. These fans are made of feathers from species of birds protected by the Migratory Bird Treaty Act.

## BACKGROUND CONCERNING FACEBOOK

30.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

31.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include

the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook

security questions and answers (for password retrieval), physical address (including city, state,

and zip code), telephone numbers, screen names, websites, and other personal identifiers.

Facebook also assigns a user identification number to each account.

32.     Facebook users may join one or more groups or networks to connect and interact

with other users who are members of the same group or network.  Facebook assigns a group

identification number to each group.  A Facebook user can also connect directly with individual

Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request"

accepts the request, then the two users will become "Friends" for purposes of Facebook and can

exchange communications or view information about each other.  Each Facebook user's account

includes a list of that user's "Friends" and a "News Feed," which highlights information about

the user's "Friends," such as profile changes, upcoming events, and birthdays.

33.     Facebook users can select different levels of privacy for the communications and

information associated with their Facebook accounts.  By adjusting these privacy settings, a

Facebook user can make information available only to himself or herself, to particular Facebook

users, or to anyone with access to the Internet, including people who are not Facebook users.  A

Facebook user can also create "lists" of Facebook friends to facilitate the application of these

privacy settings.  Facebook accounts also include other account settings that users can adjust to

control, for example, the types of notifications they receive from Facebook.

34.     Facebook users can create profiles that include photographs, lists of personal

interests, and other information.  Facebook users can also post "status" updates about their

whereabouts and actions, as well as links to videos, photographs, articles, and other items

available elsewhere on the Internet.  Facebook users can also post information about upcoming

"events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

35.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

36.     Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

37.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

11

38.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

39.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

40.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

41.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

42.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

43.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

44.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

45.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, this enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private message logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic

context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events related to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

46.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

47.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

14

**CONCLUSION**

48.     Based on the forgoing, I request that the Court issue the proposed search warrant.

49.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Facebook.  Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

50.     I make this statement under penalty of perjury.

Digitally signed by EFREN CHAVEZ
Date: 2021.04.12 17:40:47 -07'00'

_____
Executed on (date)

EFREN CHAVEZ, Special Agent
U.S. Fish and Wildlife Service

____X____ Sworn by telephone

4/13/2021 @
12:57pm

HON. DEBORAH M. FINE
United States Magistrate Judge

15