# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21- 5057MB
Information Stored at Facebook )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    **Northern**    District of    **California**   
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   4/27/21   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the Magistrate Judge on duty in the Phoenix Division  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: April 13, 2021 @ 12:57pm    /s/ Deborah M. Fine
                                                                         *Judge's signature*

City and state:  Phoenix, Arizona                       Hon. Deborah M. Fine, U.S. Magistrate Judge
                                                                            *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID's *https://www.facebook.com/malomachichi.fimbrez*, *https://www.facebook.com/malo.fimbrez* and *https://www.facebook.com/edith.gonzales.94651* that are stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2021 to the present day;

(c) All photos and videos uploaded by that User ID and all photos and videos uploaded by any user that have that user tagged in them from January 1, 2021 to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including

the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from January 1, 2021 to the present date, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account from January 1, 2021 to the present date;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Endangered Species Act, 16 U.S.C. § 1538(a); the Lacey Act, 16 U.S.C. §§ 3372(a)(2)(A) & 3372(d); Migratory Bird Treaty Act, 16 U.S.C. § 703(a); and Smuggling, 18 U.S.C. § 545 involving Daniel FIMBREZ and Edith GONZALEZ Lopez since January 1, 2021, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The unlawful importation of wildlife without having first procured the required foreign CITES permits; the unlawful importation of wildlife without having first procured the required ESA or MBTA permits; the unlawful importation of wildlife without having filed the required reports and declarations; the unlawful importation of illegally sold wildlife; the unlawful shipping of packages not

properly marked to indicate they contained wildlife; and the smuggling of goods, specifically wildlife, from Mexico into the United States.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

| Return | | |
|---|---|---|
| Case No.: 21-5057MB | Date and time warrant executed: April 16, 2021 | Copy of warrant and inventory left with: Facebook Law Enforcement Online Requests |
| Inventory made in the presence of : SA Efren Chavez | | |
| Inventory of the property taken and name(s) of any person(s) seized: 41.5 MB pdf file for https://www/facebook/malomachichi.fimbrez titled: 838932580380242.pdf<br>352 MB zip file for https://www/facebook/malomachichi.fimbrez titled: 838932580380242.zip<br>84 KB pdf file for https://www/facebook/malomachichi.fimbrez titled: 1520475191453013_affidavit.pdf<br><br>142 MB pdf file for https://www/facebook/malo.fimbrez titled: 318556103193441.pdf<br>1.17 GB zip file for https://www/facebook/malo.fimbrez titled: 318556103193441.zip<br>84 KB pdf file for https://www/facebook/malo.fimbrez titled: 574464143515370_affidavit.pdf<br><br>595 MB pdf file for https://www.facebook.com/edith.gonzales.94651 titled: 43030526030259207.pdf<br>1.37 GB zip file for https://www.facebook.com/edith.gonzales.94651 titled: 43030526030259207.zip<br>84 KB pdf file for https://www.facebook.com/edith.gonzales.94651 titled: 819613585325075_affidavit.pdf | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 27, 2021

Digitally signed by EFREN CHAVEZ
Date: 2021.05.27 19:34:42 -07'00'

*Executing officer's signature*

Efren Chavez Special Agent

*Printed name and title*